**Order filed December 3, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00605-CV
_____

### EDDIE JENKINS, Appellant

### V.

### INVENTION RESOURCE INTERNATIONAL AND EMERY TRACY, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-04487**

## O R D E R

Appellant's brief was due October 30, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 18, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM